|   |   |
|---|---|
| 1 | JS-6 |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Yolanda Buggs, | ) NO. CV 09-07070 SJO (ARGx) |
|---|---|
| Plaintiff(s), | ) |
|  | ) **JUDGMENT** |
| v. | ) |
| Dreamworks, Inc., et al., | ) |
| Defendant(s). | ) |

After due consideration, the Court concludes that there was no genuine issue as to any material fact to Defendants DreamWorks, Inc., DreamWorks Animation SKG, Inc., DreamWorks Animation LLC and Paramount Pictures Corporation's (collectively, "Defendants") Motion for Summary Judgment.

///
///
///
///
///
///

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion by
2 Defendants for Summary Judgment is granted on the ground that no disputed issues of
3 material fact exist for trial on Plaintiff's only claim for copyright infringement and
4 that Defendants are entitled to judgment as a matter of law.  Judgment shall be
5 entered in favor of Defendants dismissing the First Amended Complaint with
6 prejudice.
7   IT IS SO ORDERED.
8
9 Dated: December 28, 2010.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE